UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER NAPOLI, et al.,<br><br>Defendants. | Case No. 10-CR-00642-CRB<br><br>[PROPOSED] ORDER SHORTENING TIME ON HEARING ON MOTION FOR AMENDMENT OF CONDITIONS OF RELEASE PURSUANT TO 18 U.S.C. § 3145(a)(2) |

PURSUANT TO STIPULATION, IT IS THE ORDER OF THIS COURT that the time for hearing Defendant Dino Antonioni's Motion for Amendment of Conditions of Release be shortened and the hearing shall be held on November 3, 2010 at 2:15 p.m. in the Courtroom of the Honorable Charles R. Breyer, located at the Philip E. Burton Courthouse and Federal Building, 450 Golden Gate Avenue, Nineteenth Floor, San Francisco, California.

Pursuant to stipulation, the Court further ORDERS that the following briefing schedule shall apply to Mr. Antonioni's Motion for Amendment of Conditions of Release:

- Motion of Defendant Dino Antonioni – October 28, 2010
- Opposition to Motion by the United States due – November 1, 2010

IT IS SO ORDERED.

Dated: October 29, 2010

THE HON.
UNITED

IT IS SO ORDERED
Judge Charles R. Breyer

3